CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Elliott Montgomery, Esq., SBN 279451
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

L. SCOTT KARLIN (SBN: 90605)
lsk@karlinlaw.com
DAVID E. KARLIN (SBN: 275905)
david@karlinlaw.com
MICHAEL J. KARLIN (SBN: 272442)
mike@karlinlaw.com
THE KARLIN LAW FIRM LLP
13522 Newport Avenue, Suite 201
Tustin, CA 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
Attorneys for Defendant
Honda Plaza Associates, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HONDA PLAZA ASSOCIATES, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:18-CV-02496-VAP-SS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 8, 2018            CENTER FOR DISABILITY ACCESS

                                             By: /s/ Phyl Grace
                                                  Phyl Grace
                                                  Attorneys for Plaintiff

Dated: October 8, 2018            THE KARLIN LAW FIRM LLP

                                             By: /s/ Michael J. Karlin
                                                 L. Scott Karlin
                                                 David E. Karlin
                                                 Michael J. Karlin
                                                 Attorneys for Defendant
                                                 Honda Plaza Associates, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Michael J. Karlin, counsel for Honda Plaza Associates, LLC, and that I have obtained Mr. Karlin's authorization to affix his electronic signature to this document.

Dated: October 8, 2018        CENTER FOR DISABILITY ACCESS

                              By: /s/ Phyl Grace
                                  Phyl Grace
                                  Attorney for Plaintiff

3

Joint Stipulation for Dismissal        Case: 2:18-CV-02496-VAP-SS